AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Jr., Henry C. | Eastern District of Virginia | 5/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Sr. Status | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 600 Granby Street, Room 307 <br> Norfolk, VA 23510 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Morgan, Jr., Henry C.

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 5/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/10-12/10 | Real Estate Agent, Rose and Womble Realty- Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/26-3/29/2010 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | Open World Program, American Councils for International Education | 10/28-10/29/2010 | Washington, DC | Meeting w/Gov't Entity | Transportation, Lodging, Food |
| 3. | Rocket Docket Seminar, Virginia Continuing Legal Education | 12/8/2010-12/9/2010 | McLean, VA | Educational Seminar | Transportation, Lodging, Food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 5/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A.B. Watley Group, Inc. | A | Dividend | J | T | | | | | |
| 2. Allstate Corp. (X) | A | Dividend | J | T | | | J | | |
| 3. Archer Daniels Midland Co. | A | Dividend | J | T | | | J | | |
| 4. AT&T | A | Dividend | J | T | | | J | | |
| 5. BB&T Corp. (X) | A | Dividend | J | T | | | J | | |
| 6. Bellsouth Corp. (X) | A | Dividend | J | T | | | J | | |
| 7. Bristol Myers Squibb Co. | A | Dividend | J | T | | | J | | |
| 8. Celgene Corp. | A | Dividend | J | T | | | J | | |
| 9. Coca Cola Co. Com. | A | Dividend | J | T | | | J | | |
| 10. Colgate Palmolive Co. (X) | A | Dividend | J | T | | | J | | |
| 11. Costco Wholesale Corp. (X) | A | Dividend | J | T | | | J | | |
| 12. Cracker Barrel Old Ctry Store, Inc. | A | Dividend | J | T | | | J | | |
| 13. CSX Corporation | A | Dividend | J | T | | | J | | |
| 14. Diageo Capital PLC | A | Dividend | J | T | | | J | | |
| 15. Dominion Resources Inc. Va. | A | Dividend | J | T | | | J | | |
| 16. Dow Chemical | A | Dividend | J | T | | | J | | |
| 17. EWZ - Brazil | A | Dividend | J | T | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | | P4 = More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. GID - Gold | A | Dividend | J | T | | | J | | |
| 19. Home Depot | A | Dividend | J | T | | | J | | |
| 20. Lawyer's Custody Acct. | A | Interest | J | W | | | | | |
| 21. Luria L Son Inc. (X) | A | Dividend | J | T | | | | | |
| 22. Marathon Oil Corp. | A | Dividend | J | T | | | J | | |
| 23. Nestle S A Sponsored ADR | A | Dividend | J | T | | | J | | |
| 24. Nordic Amern Tanker Shipping, Ltd. | A | Dividend | J | T | | | J | | |
| 25. Nuveen Limited Term | A | Dividend | J | T | | | J | | |
| 26. Procter & Gamble Co. | A | Dividend | J | T | | | J | | |
| 27. Quest Diagnostics, Inc. | A | Dividend | J | T | | | J | | |
| 28. Spectra Energy Corp. (X) | A | Dividend | J | T | | | J | | |
| 29. TowneBank | A | Dividend | J | T | | | | | |
| 30. United Parcel Service Inc CL B | A | Dividend | J | T | | | J | | |
| 31. Verizon Communications (X) | A | Dividend | J | T | | | J | | |
| 32. TowneBank Account | A | Interest | J | T | | | | | |
| 33. TOWNEBANK SECURITIES | | | | | | | | | |
| 34. -Heritage Cash Trust (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Spdr KBW Bank ETF (Mutual Fund) | | | J | T | | | J | | |
| 36. - Spdr Gold TR Gold Shs | A | Dividend | J | T | | | | | |
| 37. WACHOVIA SECURITIES (X) | | | | | | | | | |
| 38. WELLS FARGO COMPANY | | | | | | | | | |
| 39. - Computerized Thermal Imaging, Inc. | A | Dividend | J | T | | | | | |
| 40. - Middleby Corp. | A | Dividend | J | T | | | | | |
| 41. - Roche Holdings Ltd. ADR | A | Dividend | J | T | | | | | |
| 42. - Wachovia Corp. (X) | A | Dividend | J | T | | | | | |
| 43. Waterside Capital Corp. (X) | A | Dividend | J | T | | | | | |
| 44. Wells Fargo Company | A | Dividend | J | T | | | | | |
| 45. IRA, Towne Investment Group | A | Interest | J | T | | | | | |
| 46. IRA, UBS Financial Services, Inc. | G | Interest | P1 | T | | | | | |
| 47. IRA, USB Financial Services, Inc. | D | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

Line 37. Wachovia Securities. Company name now Wells Fargo Company.

Line 38. Wells Fargo Company. Replaces Line 37, Wachovia Securities.

Line 42. Wachovia Corp. Company name now Wells Fargo Company.

Line 44. Wells Fargo Company. Replaces Line 42, Wachovia Corp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Henry C. Morgan, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Jr., Henry C. | Eastern District of Virginia | 09/09/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Sr. Status | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 600 Granby Street, Room 307 <br> Norfolk, VA 23510 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Morgan, Jr., Henry C.   A

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/10-12/10 | Real Estate Agent, Rose and Womble Realty- Commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/26-3/29/2010 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | Open World Program, American Councils for International Education | 10/28-10/29/2010 | Washington, DC | Meeting w/Gov't Entity | Transportation, Lodging, Food |
| 3. | Rocket Docket Seminar, Virginia Continuing Legal Education | 12/8/2010-12/9/2010 | McLean, VA | Educational Seminar | Transportation, Lodging, Food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 09/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 09/09/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | A.B. Watley Group, Inc. | A | Dividend | J | T | | | | | |
| 2. | Allstate Corp. | A | Dividend | J | T | | | | | |
| 3. | Archer Daniels Midland Co. | A | Dividend | J | T | | | | | |
| 4. | AT&T | A | Dividend | J | T | | | | | |
| 5. | BB&T Corp. (Y) | | | | | | | | | |
| 6. | Bellsouth Corp. | A | Dividend | J | T | | | | | |
| 7. | Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 8. | Celgene Corp. | A | Dividend | J | T | | | | | |
| 9. | Coca Cola Co. Com. | A | Dividend | J | T | | | | | |
| 10. | Colgate Palmolive Co. | A | Dividend | J | T | | | | | |
| 11. | Costco Wholesale Corp. (Y) | | | | | | | | | |
| 12. | Cracker Barrel Old Ctry Store, Inc. | A | Dividend | J | T | Buy | 06/09/10 | J | | |
| 13. | CSX Corporation (Y) | | | | | | | | | |
| 14. | Diageo Capital PLC | A | Dividend | J | T | | | | | |
| 15. | Dominion Resources Inc. Va. | A | Dividend | J | T | | | | | |
| 16. | Dow Chemical | A | Dividend | J | T | | | | | |
| 17. | EWZ - Brazil | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 09/09/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. GID - Gold | A | Dividend | J | T | | | | | |
| 19. Home Depot | A | Dividend | J | T | | | | | |
| 20. Lawyer's Custody Acct. | A | Interest | J | W | | | | | |
| 21. Luria L Son Inc. | A | Dividend | | | Sold | 04/06/10 | J | | |
| 22. Marathon Oil Corp. | A | Dividend | J | T | | | | | |
| 23. Nestle S A Sponsored ADR | A | Dividend | J | T | Buy | 06/09/10 | J | | |
| 24. Nordic Amern Tanker Shipping, Ltd. | A | Dividend | J | T | | | | | |
| 25. Nuveen Limited Term (Y) | | | | | | | | | |
| 26. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 27. Quest Diagnostics, Inc. | A | Dividend | J | T | | | | | |
| 28. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 29. TowneBank | A | Dividend | J | T | | | | | |
| 30. United Parcel Service Inc. CL B (Y) | | | | | | | | | |
| 31. Verizon Communications | A | Dividend | J | T | | | | | |
| 32. TowneBank Account | A | Interest | J | T | | | | | |
| 33. TOWNEBANK SECURITIES | | | | | | | | | |
| 34. Columbia Acorn Int'l Fund Class B (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 09/09/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Conservative High Yield Fund Class B (Y) | | | | | | | | | |
| 36. -Heritage Cash Trust (Y) | | | | | | | | | |
| 37. - Spdr KBW Bank ETF (Mutual Fund) | A | Dividend | J | T | | | | | |
| 38. - Spdr Gold TR Gold Shs | A | Dividend | J | T | Buy | 01/06/10 | J | | |
| 39. WELLS FARGO COMPANY, formerly known as WACHOVIA CORP. | | | | | | | | | |
| 40. - Computerized Thermal Imaging, Inc. | A | Dividend | J | T | | | | | |
| 41. - Middleby Corp. | A | Dividend | J | T | | | | | |
| 42. - Roche Holdings Ltd. ADR | A | Dividend | J | T | | | | | |
| 43. Waterside Capital Corp. (Y) | | | | | | | | | |
| 44. Wells Fargo Company, formerly known as Wachovia Corp. | A | Dividend | J | T | | | | | |
| 45. IRA, Towne Investment Group (Account Closed) | A | Interest | | | Closed | 01/01/10 | J | | |
| 46. IRA, UBS Financial Services, Inc. (Interest) | G | Interest | P1 | T | | | | | |
| 47. IRA, USB Financial Services, Inc. (Account Open) | D | Distribution | J | T | Open | 01/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

Line 2. Allstate Corp. Inadvertently omitted from 2009 Report. Bond purchased on 01/07/2009 under Value Code J.

Line 5. BB&T Corp. Sold on 11/19/2009 under Value Code J.

Line 6. Bellsouth Corp. Inadvertently omitted from 2009 Report. Bond purchased on 02/13/2009 under Value Code J.

Line 10. Colgate Pamolive Co. Inadvertently marked as exempt with an (X). Sold on 01/06/2011.

Line 11. Costco Wholesale Corp. Sold on 11/19/09 under Value Code J.

Line 13. CSX Corporation. Inadvertently listed on 2010 Report. Bond purchased on 01/06/2011.

Line 14. Diageo Capital PLC. Inadvertently omitted from 2009 Report. Bond purchased on 01/21/2009 under Value Code J.

Line 19. Home Depot. Inadvertently omitted from 2009 Report. Bond purchased on 02/03/2009 under Value Code J.

Line 25. Nuveen Limited Term. Inadvertenly listed on 2010 Report. Bond purchased on 01/06/2011.

Line 27. Quest Diagnostics, Inc. Inadvertently omitted from 2009 Report. Bond purchased on 02/07/2009 under Value Code J.

Line 28. Spectra Energy Corp. Inadvertently marked as exempt with an (X). Currently owns asset.

Line 30. United Parcel Service Inc. CL B. Inadvertently listed on 2010 Report. Bond purchased on 01/06/2011.

Line 31. Verizon Communications. Inadvertently omitted from 2009 Report. Bond purchased on 01/09/2009 under Value Code J.

Line 34. Columbia Acorn Int'l Fund Class B (Mutual Fund). Inadvertently omitted from 2010 Report. Spouse currently owns asset.

Line 39. Wells Fargo Company. Formerly known as Wachovia Securities.

Line 43. Waterside Capital Corp. Inadvertently listed in 2010 Report.

Line 44. Wells Fargo Company. Formerly known as Wachovia Corp.

Line 46. IRA, UBS Financial Services, Inc. (Interest). Monthly interest on balance in cash.

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C. | 09/09/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry C. Morgan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544